

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-92,610-01

### EX PARTE CRAIG ALLEN RODRIGUEZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 74334-01-E-WR IN THE 108TH DISTRICT COURT
### FROM POTTER COUNTY

*Per curiam*.

### O R D E R

Applicant entered an open plea of guilty to evading arrest or detention with a motor vehicle, and was sentenced by a jury to thirty years' imprisonment. The Seventh Court of Appeals affirmed his conviction. *Rodriguez v. State*, No. 07-18-00106-CR (Tex. App. — Amarillo April 24, 2019) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On February 24, 2021, the trial court entered an order designating issues. The district clerk forwarded this application to this Court under Texas Rule of Appellate Procedure 73.4(b)(5). However, the application was forwarded before the trial court made findings of fact and conclusions

of law.  We remand this application to the trial court to complete its evidentiary investigation and make findings of fact and conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order.  The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions.  *See* TEX. R. APP. P. 73.4(b)(4).  Any extensions of time must be requested by the trial court and obtained from this Court.


Filed:        May 19, 2021
Do not publish